# AFFIDAVIT

I, Deportation Officer (DO) Timothy R. Whetstine, being duly sworn hereby depose and state:

1. I am currently employed as a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been so since February of 2017. I earned an associate degree in applied science in 2006 and a Bachelor of Arts degree in 2008. Previously, I have been employed by the United States Customs and Border Protection as a Border Patrol Agent starting in July of 2009 until February of 2017. As part of my official duties, I investigate criminal and administrative violations of the Immigration and Nationality Act, as well as the United States Code.

2. On or about August 13, 2025, HERIBERTO CRUZ-HERNANDEZ was arrested by Spartanburg County Sheriff's Office on local charges.

3. A check of CRUZ-HERNANDEZ's immigration file revealed he was deported from the United States on the following date: September 21, 2010. A search of the IDENT database of fingerprints of CRUZ-HERNANDEZ revealed his identity. IAFIS fingerprint search revealed CRUZ-HERNANDEZ was a match for the previously deported subject. A search of the Enforce Alien Removal Module database revealed a deportation of CRUZ-HERNANDEZ on September 21, 2010.

4. There is no record that CRUZ-HERNANDEZ ever obtained permission from the Attorney General of the United States or his successor, the Director of Homeland Security, to reapply to the INS or ICE for admission into the United States after having been arrested and deported.

5. Having been found in the United States after being previously deported from the United States and then reentering without permission from the Attorney General of the United States or his successor, the Director of Homeland Security, there is probable cause to believe that CRUZ-HERNANDEZ is in the United States in violation of Title 8 of the United States Code, Section 1326(a).

Further your affiant sayeth not.

_____

Timothy R. Whetstine
Deportation Officer
Immigration and Customs Enforcement

Sworn before me this 24 day of September 2025.

_____

Kevin F. McDonald
United States Magistrate Judge

Greenville, South Carolina